IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY GRIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-CV-1141-NJR-DGW |
| | ) |
| MEDICAL DIRECTOR, C/O DAVIS, | ) |
| LANG, MAJOR ZIEGLER, SGT. | ) |
| PELKER, AND UNKNOWN PARTY, | ) |
| | |
| Defendants. | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that by Order dated March 20, 2015 (Doc. 130), Plaintiff's claims against Defendants Medical Directors, Ryan Davis, Aimee Lang, Roger Pelker, and Jay Ziegler are **DISMISSED without prejudice**.  Plaintiff shall recover nothing, and this action is **DISMISSED in its entirety.**

DATED:  March 20, 2015

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
     Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel
     NANCY J. ROSENSTENGEL
     United States District Judge